**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Eric C. Wolf and Robert Weiss,                                   Civil No. 07-4934 (DWF/AJB)

          Plaintiffs,

v.                                                                                                **ORDER**

Carol Holinka, Joyce Anderson, Jim Dey,
Linda Brandt, K. Peterson, P.A.; and
R. Rios, Warden,

          Defendants.

---

Eric C. Wolf, *Pro Se*, Plaintiff.

Robert Weiss, *Pro Se*, Plaintiff.

Jeffrey Michael Sweesy, *Pro Se*, Movant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Arthur J. Boylan dated June 27,  2008, all the files and

records, and no objections having been filed to said Recommendation,

      **IT IS HEREBY ORDERED** that:

      1.     The "Motion to Join" filed by Jeffrey Michael Sweesy, (Doc. No. 41), is

**DENIED**; and

2.      The application to proceed *in forma pauperis* filed by Jeffrey Michael

Sweesy, (Doc. No. 43), is **DENIED AS MOOT**.


Dated:  July 21, 2008                                    s/Donovan W. Frank
                                                         DONOVAN W. FRANK
                                                         Judge of United States District Court