**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Eric C. Wolf and Robert Weiss,                              Civil No. 07-4934 (DWF/AJB)

          Plaintiffs,

v.                                                                               **ORDER**

Carol Holinka; Joyce Anderson; Jim Dey;
Linda Brandt; K. Peterson, P.A.;
and R. Rios, Warden,

          Defendants.

---

Eric C. Wolf, *Pro Se*, Plaintiff.

Robert Weiss, *Pro Se*, Plaintiff.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 15, 2008, all the files and records, and no objections having been filed to said Recommendation,

    **IT IS HEREBY ORDERED** that:

    This action is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 4, 2008              s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court